the discovery of the act, that should govern. The law will not sanction repeating upon a certificate for independent nominations any more than it will at a primary or at an election. An inspection of the certificate would at once reveal to a careful observer the duplication of the names, and yet no adequate precautionary measures were taken to prevent a duplication of names on the certificate, nor to erase any of them therefrom before it was filed. The burden is on those instrumental in procuring the execution of certificates like this to keep them free from dishonesty and fraud if they are to save them from the effect of the drastic provisions of the statute which have been made to safeguard the public interests.

The duplication of the names being fraudulent within the meaning of the statute, they cannot be counted in either place where they appear, and all the names on every separate sheet upon which 5 per centum of such names appear must be eliminated in the count. These 7 duplicated names appear on 11 separate sheets containing 110 other names, on each of which sheets except two 5 per centum of the names are fraudulent. The two excepted sheets contain 42 names, leaving 68 to be deducted besides 14 for the 7 duplicates or 82 on this account. To these must be added the 23 who failed to register, making 105 all told to be deducted from the 548 contained on the certificate leaving it short of the requisite number, even if 500 only are necessary.

The certificate must therefore be declared void.

---

(78 Misc. Rep. 86.)

### In re OBJECTIONS TO NOMINATION CERTIFICATE OF ARCHIBALD FOR ASSESSOR OF CITY OF COHOES.

(Supreme Court, Albany County, at Chambers.   October 25, 1912.)

ELECTIONS (§ 143*)—INDEPENDENT CERTIFICATE OF NOMINATION—FRAUDULENT SIGNATURES.

Where a certificate of nomination contains 549 names on 70 separate sheets, and 27 are names of persons not registered, and 9 are duplications, which appear on 10 separate sheets, on each of which 5 per cent. of the names are fraudulent, the certificate is void.

[Ed. Note.—For other cases, see Elections, Cent. Dig. § 121; Dec. Dig. § 143.*]

In the matter of objections to nomination certificate of Andrew Archibald, Jr., filed for the nomination of assessor of the city of Cohoes. Certificate declared invalid.

Charles Templeton, of Albany, for objectors.
Walter H. Wertime, of Cohoes, for respondents.

CHESTER, J. The certificate contains 549 names on 70 separate sheets. Of these 27 are names of persons not registered and 9 are duplications. The duplicated names appear on 10 separate sheets containing 88 other names, on each of which 5 per centum of the names are fraudulent.

Applying the principles stated in the Matter of William Baillee, Candidate for Mayor, 137 N. Y. Supp. 957, decided herewith, there must be deducted 27 names of persons not registered, 18 for duplicated names and 88 under the 5 per centum rule, a total of 133, leaving but 416 upon the certificate to be counted.

The certificate must be declared void.